UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR CALHOUN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV1284 CDP |
| THE MISSOURI DEPARTMENT OF CORRECTIONS, DIRECTOR'S DESIGNEE DON ROPER, et al., | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff has asked me to reconsider my denial of his motion for appointment of counsel, which I will treat as a second motion for appointment of counsel. I denied plaintiff's first motion for appointment of counsel in my order dated February 15, 2008. Nothing has occurred since then which leads me to believe that my prior ruling on this issue should be changed. Thus, I will adopt and incorporate my memorandum and order of February 15, 2008 and will deny plaintiff's motion for appointment of counsel for the reasons set forth therein.

**IT IS HEREBY ORDERED** that plaintiff's motion to appoint counsel [#62] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of December, 2008.