UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAJOR CALHOUN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CV1284 CDP |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants shall have summary judgment on plaintiff's second amended complaint, plaintiff shall take nothing on his claims, and plaintiff's second amended complaint is dismissed with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2009.